# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:05-CR-677 CAS |
| AYMAN FROOK, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's pro se motion for continuance of the sentencing set for September 11, 2008. The Court notes that defendant is represented by counsel.

"There is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 872 (8th Cir.), cert. denied, 513 U.S. 909 (1994). "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001); Agofsky, 20 F.3d at 872 (holding that a court commits "no error" in refusing to rule on pro se motions raised by a represented party). The Court will deny defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's pro se motion for a continuance is **DENIED**. [Doc. 36]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of August, 2008.